CHARLES E. RENNEBAUM et al., respondents,

*v.*

CATHARINE N. RENNEBAUM, appellant.

[Submitted December 11th, 1911.   Decided March 4th, 1912.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Leaming, whose opinion is reported in *78 N. J. Eq. (8 Buch.) 427.*

*Messrs. Carrow & Kraft,* for the appellant.

*Mr. John Boyd Avis,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed for the reasons stated in the opinion filed in the court below by Vice-Chancellor Leaming.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, VOORHEES, MINTURN, KALISCH, BOGERT, VREDENBURGH, VROOM, CONGDON, WHITE—14.

*For reversal*—None.